IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

       Plaintiff,　　　　　　　　No. CIV S-07-0082 DFL CMK P

  vs.

VEAL, et al.,

       Defendants.　　　　　　　ORDER TO SHOW CAUSE

_____/

       By order filed January 24, 2007, the court ordered plaintiff to submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff has not asked for an extension of time to submit a completed in forma pauperis application. Plaintiff was warned that his failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

       Plaintiff is ordered to, within twenty days from the date this order is filed, show cause, in writing, why this action should not be dismissed for failure to comply with the court's order.

DATED: February 28, 2007.

                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE

1