IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

       Plaintiff,                          No. CIV S-07-0082 DFL CMK P

    vs.

VEAL, et al.,

       Defendants.                   <u>ORDER</u>

_____/

        On February 28, 2007, the court ordered plaintiff to show cause, in writing, why this action should not be dismissed for his failure to follow the court's order to submit a completed application to proceed in forma pauperis. On March 2, 2007, plaintiff filed a request for an extension of time to file the in forma pauperis application. In his request, plaintiff noted that he had given his application to prison officials who have apparently failed to properly process his in forma pauperis request.

///

///

///

///

///

1

IT IS ORDERED that:

1. The February 28, 2007 order to show cause is discharged.

2. Plaintiff is granted an extension of time of thirty days from the date this order is filed to submit his in forma pauperis application.

3. Plaintiff is directed to inform the court if prison officials fail to properly process his in forma pauperis application.

DATED: March 13, 2007.

                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE