IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

    Plaintiff,                    No. CIV S-07-0082 DFL CMK P

    vs.

VEAL, et al.,                    ORDER TO SEND

    Defendants.            ADDITIONAL USM FORMS

_____/

        On May 1, 2007, plaintiff requested that the court send him three additional USM forms. In support of his request, plaintiff stated that he made several mistakes on the forms which were already sent to him. The Clerk of the Court is directed to send plaintiff three additional USM forms. Plaintiff is warned that the court will not send any additional USM forms; therefore he should use care in completing these additional forms. The court notes that the completed USM forms are due on or before May 21, 2007.

DATED: May 7, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE