IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,

      Plaintiff,                    No. CIV S-07-0082 DFL CMK P

   vs.

VEAL, et al.,

      Defendants.          ORDER

_____/

      On May 8, 2007, the court sent plaintiff three additional USM-285 forms.  In addition, plaintiff was granted an extension of time, until May 21, 2007, in which, to file the completed USM-285 forms.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's May 14, 2007 request for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date this order is signed in which to file to file the completed USM-285 forms.

DATED:  May 23, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE