1

2

3

4

5

6

7

8                 **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHARLES NEUMANN,                    No. CIV S-07-0082-DFL-CMK-P

12              Plaintiff,

13         vs.                            ORDER

14   MARTIN VEAL, et al.,

15              Defendants.

16   _____ /

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for appointment of counsel

19   (Doc. 25), filed on July 18, 2007.

20              The United States Supreme Court has ruled that district courts lack authority to

21   require counsel to represent indigent prisoners in § 1983 cases.  See Mallard v. United States

22   Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may

23   request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v.

24   Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36

25   / / /

26   / / /

1    (9th Cir. 1990).  In the present case, the court does not at this time find the required exceptional

2    circumstances.

3                    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

4    appointment of counsel is denied.

5

6    DATED:   July 25, 2007.

7

8                                                CRAIG M. KELLISON
                                                 UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26