IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,                               No. CIV S-07-0082-DFL-CMK-P

        Plaintiff,

   vs.                                                              ORDER

MARTIN VEAL, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for an extension of time to file an amended complaint.  (Doc. 28).

        On June 11, 2007, the undersigned issued findings and recommendations to dismiss three of the six defendants named in plaintiff's complaint.  Plaintiff filed objections to the findings and recommendations, and filed a request for additional time to file an amended complaint.  The court construed this request as a request for leave to amend his complaint.  The court found granting leave to amend unnecessary because plaintiff has not filed an amended complaint and no responsive pleading has yet been filed.  Therefore, the court stated plaintiff may file an amended complaint within 30 days of the date of that order.

1

1        Plaintiff now seeks an additional 30 days in which to file his first amended
2 complaint.  Good cause appearing therefor, the request will be granted.  However, if no amended
3 complaint is filed within the time provided by this order, this action shall proceed on the original
4 complaint and the court will recommend dismissal of defendants Veal, Mendoza, and Gyammi,
5 without leave to amend.  Plaintiff is again cautioned that if he files an amended complaint, the
6 court cannot refer to the prior pleading in order to make plaintiff's amended complaint complete.
7 <u>See</u> Local Rule 15-220.  An amended complaint supercedes the original complaint and, therefore,
8 must be complete in itself without reference to any prior pleading.  <u>See id.</u>
9        Accordingly, IT IS HEREBY ORDERED that:
10      1.     Plaintiff's motion for an extension of time is granted; and
11      2.     Plaintiff may file a first amended complaint within 30 days of the date of
12 service of this order.

14 DATED:  September 6, 2007.

16                            **CRAIG M. KELLISON**
17                            UNITED STATES MAGISTRATE JUDGE