IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,                               No. CIV S-07-0082-RRB-CMK-P

      Plaintiff,

  vs.                                                              <u>ORDER</u>

MARTIN VEAL, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for an extension of time to oppose defendants' motion to dismiss (Doc. 36), plaintiff's amended complaint (Doc. 34), and defendants' motion to dismiss (Doc. 30).

      In plaintiff's original complaint, he named six individuals as defendants.  The court found the complaint stated a claim against three of the defendants, but failed to do so against the remaining three.  Accordingly, the undersigned issued findings and recommendations to dismiss the three supervisory defendants.  In opposition to those findings and recommendations, plaintiff stated that the three defendants the findings and recommendations named were the incorrect defendants.  On July 23, 2007, the undersigned issued an order vacating the findings and recommendations (Doc. 26).  Plaintiff had also filed a request for additional time to file an amended complaint to address the defects in his complaint regarding the supervisory defendants.  The court construed this request as a motion for leave to amend, which

was denied as unnecessary because no defendant had yet appeared.  Pursuant to Federal Rule of Civil Procedure 15, plaintiff was able to amend his complaint one time as a matter of right at any time prior to the filing of a responsive pleading.  Plaintiff was then allowed 30 days, or until August 22, 2007, to file a first amended complaint (Doc. 26).

On August 31, 2007, plaintiff filed a request for an extension of time to file his amended complaint.  This request was granted by an order signed on September 6, 2007, allowing plaintiff an additional 30 days.  The 30 day deadline expired on October 5, 2007.  Plaintiff's amended complaint was not filed until November 1, 2007.  In the meantime, defendants filed a motion to dismiss on September 13, 2007.

Accordingly, plaintiff's time to file his once as of right amended complaint expired prior to the filing of the amended complaint.[1]  Once his Rule 15 time to amend once as of right expired, and defendants had appeared, plaintiff was required to obtain leave of court prior to filing his amended complaint.  He has not done so.  The amended complaint (Doc. 34) will therefore be stricken as filed without leave of court.

If plaintiff desires to proceed on an amended complaint, he will be required to file a motion for leave of court to do so.  He will have 30 days from the date of this order in which to file his request.  Defendants will then have 30 days from the date plaintiff's motion is filed to respond, and plaintiff will have 15 days from the date of defendant's response to file a reply.[2]

If, however, plaintiff does not wish to file a motion for leave of court to file an amended complaint, and wants to proceed on his original complaint, he will have 30 days from the date of this order to file an opposition to defendants' motion to dismiss.  Defendants will then

---

[1] The amended complaint was filed on November 1, 2007.  The court notes that the complaint was signed by plaintiff on October 27, 2007.  However, even if the court assumes the mail box rule applies, plaintiff still missed his 30 day window of opportunity to file his amended complaint by 22 days.

[2] If plaintiff requests and is granted leave to amend his complaint, the motion to dismiss will be moot as addressing a pleading which will no longer be the operative pleading.  Defendants will then be required to file a responsive pleading within the time allowed.

have 15 days to file a reply. Thus, plaintiff's current request for additional time to respond to the motion to dismiss will be denied as moot.

Accordingly, plaintiff has 30 day in which to decide how he wants to proceed in this matter. Within that 30 day time period, plaintiff either needs to file a motion for leave of court to file an amended complaint, or he needs to respond to defendants motion to dismiss his original complaint. Defendants will then have time to respond as stated above.

Pursuant to the above, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaint (Doc. 34) is stricken as filed without leave of court;

2. Plaintiff's request for additional time (Doc. 36) is denied as moot;

3. Plaintiff has 30 days from the date of this order to file either a motion for leave of court to file amended complaint or an opposition to defendants' motion to dismiss;

4. If plaintiff files a motion for leave of court to file an amended complaint, defendants will have 30 days from the date that motion is filed to file a response, and plaintiff will have 15 days from the date of defendants' response to file a reply;

5. If plaintiff files an opposition to defendants' motion to dismiss, defendants will have 15 days from the date the opposition is filed to file a reply;

6. Until such time as plaintiff is granted leave of court to file an amended complaint, if any, the operative pleading will be the original complaint (Doc. 1).

DATED: December 18, 2007

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE