IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEUMANN, | No. CIV S-07-0082-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MARTIN VEAL, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration of the magistrate judge's July 26, 2007 order.

   Pursuant to Eastern District of California Local Rule 72-303(b), "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." Here, the motion for reconsideration of the magistrate judge's order was filed on April 17, 2008, which is clearly more than 10 days from the date of service of the magistrate judge's order. The motion is, therefore, untimely.

///

1

1  Accordingly, IT IS HEREBY ORDERED that the motion for reconsideration is
2  denied as untimely.
3
4
5  DATED: May 5, 2008
6  /s/ John A. Mendez
7  Hon. John A. Mendez
8  U.S. District Judge