IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES NEUMANN,                           No. CIV S-07-0082-JAM-CMK-P

   Plaintiff,

  vs.                                              ORDER

MARTIN VEAL, et al.,

   Defendants.

_____/

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On May 15, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.[1]

---

[1] Plaintiff's objections do not relate to the substance of the motion to dismiss. The court agreed with plaintiff that his claims are not time barred. Plaintiff's objections relate to the magistrate judge's characterization of his claims, and the order striking his amended complaint. However, the magistrate judge recommends that this action be allowed to proceed against the six

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 15, 2008, are adopted in full;

2. Defendants' motion to dismiss (Doc. 30) is denied;

3. The court's December 19, 2007 order (Doc. 37) is vacated;

4. This action proceeds on plaintiff's first amended complaint (Doc. 34); and

5. This matter is referred back to the magistrate judge for further proceedings.

DATED: October 14, 2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

defendants named in the amended complaint. Therefore, plaintiff's objections are noted, but do not change these proceedings.