IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEUMANN, | No. CIV S-07-0082-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MARTIN VEAL, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On October 15, 2008, the court denied the defendants' motion to dismiss and ordered that this action proceed on plaintiff's first amended complaint (Doc. 34).  As this action now proceeds on the first amended complaint, it is necessary to determine the proper defendants.

       Plaintiff names Paulsen, Rafferty, Mayorga, Gyaami, Cry, and Singson as defendants in his first amended complaint.  Plaintiff's first amended complaint is essentially identical to the original complaint with the exception that he adds two additional defendants, Cry and Singson, deletes two defendants, Veal and Mendoza, and attempts to link one, Dr. Gyaami.  The undersigned has already determined the first amended complaint states a cognizable claim

for relief as against defendants Cry, Singson and Gyaami.  (<u>See</u> Doc. 45 at 8).  Therefore, this action will proceed against all six defendants named in the first amended complaint.  The Clerk of the Court will be directed to add Cry and Singson to the docket and terminate Veal and Mendoza as defendants to this action.

Defendants Paulsen, Rafferty and Mayorga have already appeared in this case. They will be directed to file a response to plaintiff's first amended complaint within 30 days of the date of service of this order.  However, defendants Cry, Singson and Gyaami have not been served nor have they appeared.  The court will direct service of process on these three additional defendants by the U.S. Marshal without pre-payment of costs.  However, this action cannot proceed against these additional defendants until plaintiff completes and returns the documents necessary for service, as set forth below.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to add defendants Cry and Singson to the docket;

2. The Clerk of the Court is directed to terminate Veal and Mendoza as defendants to this action;

3. Defendants Paulsen, Rafferty and Mayorga are directed to file a response to plaintiff's first amended complaint within 30 days of the date of service of this order;

4. The court authorizes service on the following additional defendants: Cry, Singson and Gyaami;

5. The Clerk of the Court shall send plaintiff one USM-285 form for each additional defendant identified above, one summons, an instruction sheet, and a copy of the first amended complaint; and

/ / /

/ / /

6. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. Three completed USM-285 form(s); and

   d. Four copies of the endorsed first amended complaint.

DATED: November 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES NEUMANN,    No. CIV S-07-0082-DFL-CMK-P

    Plaintiff,

vs.

MARTIN VEAL, et al.,

    Defendants.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order:

    <u>  1  </u>    completed summons form;

    <u>        </u>    completed USM-285 form(s); and

    <u>        </u>    copies of the firs amended complaint.

DATED: _____       _____
                                                                                    Plaintiff