1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   CHARLES NEUMANN,                    No. CIV S-07-0082-DFL-CMK-P

12              Plaintiff,

13        vs.                            <u>ORDER</u>

14   MARTIN VEAL, et al.,

15              Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983. Pending before the court is Defendant's motion to compel responses and for

19   sanctions (Doc. 61).  Plaintiff has not responded to this pending motion.

20          It appears from the motion that Plaintiff has been paroled, and has not informed

21   either the court nor Defendants of his current address.  Local Rule 83-182(f) requires attorneys

22   and parties proceeding pro se to keep the court and all other parties apprised of any change of

23   address or telephone number.  It also provides that "[a]bsent such notice, service of documents at

24   the prior address of the attorney or party shall be fully effective."  Local Rule 83-182(f).  Plaintiff

25   was previously informed of this requirement by court order.  (<u>See</u> Doc. 21).

26   / / /

1

1    Plaintiff is therefore required to show cause in writing, within 30 days of the date

2  of service of this order, why this case should not be dismissed for failure to keep the court

3  informed of his current address.  See Carey v. King, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (per

4  curiam).

5    IT IS SO ORDERED.

6

7

DATED:  August 18, 2009

8
    _____
9   CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26